# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GARCIA, an individual, <br><br>       Plaintiff, <br><br> vs. <br><br> WALMART, INC., a corporation; and DOES 1 through 50, inclusive, <br><br>       Defendant | Case No.: 1:24-cv-00343 JLT EPG <br><br> ORDER REMANDING CASE PURSUANT TO STIPULATION <br><br> (Doc. 8) |

The Parties to the above-referenced action have signed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation (Doc. 8) is approved.
2. This case is REMANDED to Merced County Superior Court.

IT IS SO ORDERED.

Dated:   **April 30, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1